IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : 3:CR-19-214 |
| VS. | : (JUDGE MARIANI) |
| | : |
| JORGELIS TORRES-FIGUERO | : |
| | : |

## ORDER

NOW, THIS 28th DAY OF JUNE, 2021, IT IS HEREBY ORDERED THAT a change of plea hearing in the above captioned case will be held on **TUESDAY, JULY 20, 2021 at 1:30 p.m.** in the William J. Nealon Federal Building and U.S. Courthouse, 235 N. Washington Avenue, Scranton, PA.

Robert D. Mariani
United States District Judge

THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY BRYAN and MICHELLE BRYAN, as Administrators and Personal Representatives of the ESTATE OF D.B., a minor,<br><br>    Plaintiffs,<br><br>v.<br><br>COLONIAL INTERMEDIATE UNIT 20, KELSEY SMITH, CHRIS GALAN, and BETH BARTELS,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:  3:21-CV-80<br>:  (JUDGE MARIANI)<br>:<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW, THIS 28TH DAY OF JUNE, 2021**, Magistrate Judge Karoline Mehalchick having reported that the above-captioned action has been settled, **IT IS HEREBY ORDERED THAT** this action is **DISMISSED** without costs and without prejudice to the right, upon good cause shown within ninety (90) days, to reinstate the action if settlement is not consummated.

Failure of a party to file a motion for reinstatement, or a motion for an extension of time to consummate the settlement, within the above 90-day time period will result in the automatic conversion of this dismissal from one without prejudice to one with prejudice.

_/s/ Robert D. Mariani_
Robert D. Mariani
United States District Judge